| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Thompson, Kathleen | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>11/20/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen | 11/20/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen | 11/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Life Financial (whole life common shares) | A | Dividend | J | T | | | | | |
| 2. Wells Fargo Bank | A | Int./Div. | J | T | | | | | |
| 3. IRA#1 Edward Jones | | | | | | | | | |
| 4. -AAPL | D | Dividend | L | T | | | | | |
| 5. IRA #2 Edward Jones | D | Dividend | L | T | | | | | |
| 6. -DODIX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 7. -DODFX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 8. -NAMAX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 9. -BAGIX | | | | | Sold | 06/27/12 | J | A | |
| 10. -EIBIX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 11. -HDGIX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 12. -LTRFX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 13. -LSIIX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 14. -MEIIX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 15. -WOBDX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 16. -IGLIX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 17. -JFMXX | A | Interest | J | T | Sold (part) | 01/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen | 11/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -JFMXX | | | | | Sold (part) | 02/03/12 | J | A | |
| 19. -JFMXX | | | | | Sold (part) | 03/06/12 | J | A | |
| 20. -JFMXX | | | | | Sold (part) | 04/05/12 | J | A | |
| 21. -JFMXX | | | | | Sold (part) | 05/04/12 | J | A | |
| 22. -JFMXX | | | | | Sold (part) | 06/05/12 | J | A | |
| 23. -JFMXX | | | | | Buy | 06/27/12 | J | | |
| 24. -JFMXX | | | | | Sold (part) | 07/06/12 | J | A | |
| 25. -JFMXX | | | | | Sold (part) | 08/03/12 | J | A | |
| 26. -JFMXX | | | | | Sold (part) | 09/07/12 | J | A | |
| 27. -JFMXX | | | | | Sold (part) | 10/04/12 | J | A | |
| 28. -JFMXX | | | | | Sold (part) | 11/06/12 | J | A | |
| 29. -JFMXX | | | | | Sold (part) | 12/06/12 | J | A | |
| 30. -OIBYX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 31. -TGVIX | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 32. -PRDGX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 33. -MCFDX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 34. -CRSOX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen | 11/20/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MWTIX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 36. -PRCIX | A | Dividend | J | T | Sold (part) | 06/27/12 | J | A | |
| 37. -CWBFX | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 38. -FHAIX | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 39. -Cba Aggressive Growth | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 40. -MFS Growth Fund Cl 1 | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 41. -MINIX | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 42. -MGOYX | A | Dividend | J | T | Buy | 06/27/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen | 11/20/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I. The only asset in Trust #1 is my personal residence.

Section VII. Investments and Trusts.

Line 4 Lists the only asset (AAPL) in IRA#1 Edward Jones

The following individual holdings/assets in the IRA#2 Edward Jones account were originally purchased on January 26, 2011, as reported in my Financial Disclosure Statement (FDS)
for 2011. Only a portion of the shares of each of these holdings where sold on September 2, 2011, also as reported in my FDS for 2011. The balance of shares of each holding
remained in my IRA#2 Edwards Jones account into the 2012 reporting period.

DODIX       See 2011 FDS Lines 16 and 17; See 2012 FDS Line 6
DODFX       See 2011 FDS Lines 18 and 19; See 2012 FDS Line 7
BAGIX       See 2011 FDS Lines 22 and 23; See 2012 FDS Line 9
EIBIX       See 2011 FDS Lines 24 and 25; See 2012 FDS Line 10
LTRFX       See 2011 FDS Lines 28 and 29; See 2012 FDS Line 12
LSIIX        See 2011 FDS Lines 30 and 31; See 2012 FDS Line 13
WOBDX    See 2011 FDS Lines 34 and 35; See 2012 FDS Line 15
OIBYX       See 2011 FDS Lines 51 and 52; See 2012 FDS Line 30

In my FDS for 2012, sales of the following individual holdings/assets in the IRA#2 Edward Jones account are reported. Each of these sales was only a part of each holding and the balance of the individual holdings remain in the account: DODIX, DODFX, NAMAX, EIBIX, HDGIX, LTRFX, LSIIX, MEIIX, WOBDX, IGLIX, OIBYX,
TGVIX, PRDGX, MCFDX, CRSOX, MWTIX, PRCIX.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544